# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONNA MAHL ROMBACH AND PETER
A. ROMBACH, JR.

NO.   2020 CW 1116

VERSUS

LOUISIANA MEDICAL MUTUAL
INSURANCE COMPANY AND KEITH
J. LACOUR, M.D.

**FEBRUARY 01, 2021**

---

In Re:     Louisiana Medical Mutual Insurance Company and Dr.
           Keith Lacour, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           2019-13436.

---

BEFORE:    **THERIOT, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.**

                                **MRT**
                                **EW**
                                **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT